UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ALLSTATE INSURANCE COMPANY,

CASE NO.: 8:12-CV-01935-JDW-MAP

Plaintiff,

vs.

FLORIDA INSTITUTE FOR NEUROLOGIC REHABILITATION, INC.; JOSEPH BRENNICK; STEPHEN FREELEY; and JORGE VILLALBA, M.D.,

Defendants.
_______________________________________/

**NOTICE OF SETTLEMENT**

NOW COMES all parties to the above-captioned matter, including plaintiff Allstate Insurance Company and defendants Florida Institute for Neurologic Rehabilitation, Inc., Joseph Brennick, Stephen Freeley, and Jorge Villalba, M.D., and hereby notify the Court that this matter has been settled by and between all parties thereto. The parties expressly acknowledge their consent to this Court retaining jurisdiction over this matter as necessary for the purpose of enforcing the terms of the Settlement Agreement executed by and between the parties.

*[remainder of page intentionally blank]*

A proposed Order of Dismissal to be entered at this time is annexed hereto at Exhibit A. All parties have consented to the form, substance, and entry of the proposed Order.

Respectfully Submitted,

*Allstate Insurance Company,*

By Its Attorneys,

*/s/ Jacquelyn A. McEttrick*

______________________

Richard D. King, Jr.
Nathan A. Tilden
Jacquelyn A. McEttrick
SMITH & BRINK, P.C.
350 Granite St.
Suite 2303
Braintree, MA 02184
(617) 770-2214

*Florida Institute for Neurologic Rehabilitation, Inc.; Joseph Brennick; and Stephen Freeley,*

By Their Attorney,

*/s/ Wayne J. Miller*

______________________

Wayne J. Miller
MILLER & TISCHLER, P.C.
28470 W. 13 Mile Road
Suite 300
Farmington Hills, MI 48334-5401
(248) 945-1040

*Jorge Villalba, M.D.,*

By His Attorney,

*/s/ Timothy W. Weber*

______________________

Timothy W. Weber
WEBER, CRABB & WEIN, P.A.
5999 Central Avenue
Suite 203
St. Petersburg, Florida 33710
(727) 828-9919

Dated: January 10, 2014

# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ALLSTATE INSURANCE COMPANY,

Plaintiff,

CASE NO.: 8:12-CV-01935-JDW-MAP

vs.

FLORIDA INSTITUTE FOR NEUROLOGIC REHABILITATION, INC.; JOSEPH BRENNICK; STEPHEN FREELEY; and JORGE VILLALBA, M.D.,

Defendants.
____________________________________/

**ORDER OF DISMISSAL**

THIS MATTER IS BEFORE THE COURT on Notice of Settlement by the parties, including plaintiff Allstate Insurance Company and defendants Florida Institute for Neurologic Rehabilitation, Inc., Joseph Brennick, Stephen Freeley, and Jorge Villalba, M.D. The Court is advised of the Settlement Agreement between the parties and provisions for a future judgment in the event of a default under the terms of said Settlement Agreement.

The Court being fully advised in the premises, it is ORDERED AND ADJUDGED:

(1) The above-captioned matter is dismissed with prejudice, each party to bear its own attorney's fees and costs; and

(2) The Court reserves jurisdiction to re-open and further consider the matter and enter a judgment pursuant to the Settlement Agreement in the event of default.

**DONE AND ORDERED** this _____ day of _________________, 2014.

________________________________, J.
United States District Judge