UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALLSTATE INSURANCE COMPANY,

    Plaintiff,

vs.                                    Case No.: 8:12-cv-01935-T-27TGW

FLORIDA INSTITUTE FOR NEUROLOGIC
REHABILITATION, INC. et al.,

    Defendants.
_____/

## ORDER

The Court has been advised by the parties (Dkt. 56) that this case has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., this case is **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that sixty (60) day period, however, dismissal shall be with prejudice. The Clerk is directed to **CLOSE** the file.

To the extent the parties request that the Court retain jurisdiction to enforce the settlement agreement, that request is **DENIED**.

**DONE AND ORDERED** in this __13th__ day of January, 2014.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record

1